GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant LONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01024 SBA |
| ) | (Oakland Venue) |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TERMINATING** |
| ) | **SUPERVISED RELEASE** |
| ) | |
| ANTHONY STEVEN LONG, ) | |
| ) | |
| Defendant. ) | |

Pursuant to 18 U.S.C. § 3583(e)(1), and for good cause, it is hereby ordered that Defendant Anthony Steven Long's unopposed Motion is granted and his supervised release is terminated.

DATED: 10/29/12

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge